IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT HERNANDEZ,
ADC #65214                                                                                          PLAINTIFF

v.                                              5:09CV00328HLJ

RAYMOND MOLDEN, et al.                                                                DEFENDANTS

ORDER

The Court has determined that service is appropriate for defendants Lt. O'Neal and Dr. Duensing. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants O'Neal and Duensing. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE ##6, 14) and summons on defendant O'Neal <u>in care of</u> the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore. The United States Marshal is hereby directed to serve a copy of the original and amended complaints and summons on the defendant Dr. Duensing <u>in care of</u> Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 9th day of December, 2009.

_____
United States Magistrate Judge