IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT HERNANDEZ,
ADC #65214                                                                                       PLAINTIFF

5:09CV00328HLJ

RAYMOND MOLDEN, et al.                                                               DEFENDANTS

ORDER

On December 14, 2009, summons was returned, unexecuted, as to defendants Lau and Trout (DE ##27, 28). Included with the return is an indication that these individuals are employees of the Arkansas Department of Correction. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Lau and Trout, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 6, 7) on defendants, in care of Arkansas Department of Correction Compliance Office, P.O. Box 20550, Pine Bluff, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 4th day of March, 2010.

_____
United States Magistrate Judge