# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALBERT HERNANDEZ,                                                                                            PLAINTIFF
ADC #65214

v.                                      Case No. 5:09CV00328 JLH/HLJ

RAYMOND MOLDEN, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a de novo review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendants Gay, Perry, Wendy Kelley, Hallman, Parker, O'Neal, Rawls, and Turner (DE #39) is GRANTED, and these defendants are dismissed without prejudice from plaintiff's complaint.

IT IS SO ORDERED this 5th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE