IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT HERNANDEZ,
ADC #65214                                                                                        PLAINTIFF

v.                                        5:09CV00328JLH/JTK

RAYMOND MOLDEN, et al.                                                              DEFENDANTS

ORDER

This matter is before the Court on the supplemental motion to dismiss filed by defendants Lau and Trout (Doc. No. 85). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' supplemental motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 29th day of April, 2010.

_____
United States Magistrate Judge