**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALBERT HERNANDEZ,                                                                                               PLAINTIFF
ADC #65214

v.                                       Case No. 5:09CV00328 JLH/JTK

RAYMOND MOLDEN, *et al*.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by defendants Lau and Trout (Doc. No. 85) is hereby GRANTED, and these defendants are dismissed from plaintiff's complaint.

IT IS SO ORDERED this 8th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE