IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT HERNANDEZ,
ADC #65214                                                                                              PLAINTIFF

v.                                      5:09-cv-00328-JLH-JTK

RAYMOND MOLDEN, et al.                                                                   DEFENDANTS

## ORDER

In response to the Court's Order of October 12, 2010 (Doc. No. 136), and in anticipation of the Pre-Jury Evidentiary Hearing scheduled for February 28, 2011, the Plaintiff has submitted a witness request, asking for five witnesses (Doc. No. 141).  Noting that the Pre-Jury Evidentiary Hearing to be conducted is limited in scope, I find that the requested witnesses should be denied.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records and institutional file.

IT IS SO ORDERED this 17th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE