IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT HERNANDEZ                                                                               PLAINTIFF
ADC #65214

v.                                            No. 5:09CV00328 JLH/JTR

RAYMOND MOLDEN, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order of Dismissal and this Judgment would not be taken in good faith.

DATED this 7th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE